# United States Court of Appeals
## For the First Circuit

No. 99-1227

FOSTER-MILLER, INC.,
Plaintiff, Appellee,

v.

BABCOCK & WILCOX CANADA,
Defendant, Appellant,

No. 99-1228

FOSTER-MILLER, INC.
Plaintiff, Appellant,

v.

BABCOCK & WILCOX CANADA,
Defendant, Appellee.

APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard G. Stearns, U.S. District Judge]

ERRATA SHEET

The opinion of this court issued on March 31, 2000 is amended as follows:

Page 10, last line: the first "a" should be deleted

Page 34, line 10: "BWC" should be replaced with "FMC"

Page 34, line 11: "BWC's" should be replaced with "FMC's"